FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-1591

RE: Case No. 01-14-00128-CR

Style: Patrick Earl Ruffin
v.
The State of Texas

T. C. Case # 1445769

This is NOTICE to the parties and the trial court that the time for filing the APPELLANT'S brief has expired.

If this Court does not receive a **motion requesting an extension of time** along with **appellant's brief or a motion to extend time to file appellant's brief** within ten (10) days of the date of this notice, it must order the trial court to immediately conduct a hearing on the record to determine whether the appellant desires to prosecute his appeal, whether the appellant is indigent, or, if not indigent, whether counsel has abandoned the appeal, and to make appropriate findings and recommendations. TEX. R. APP. P. 38.8(2).

Christopher A. Prine, Clerk of the Court

Patrick Earl Ruffin
3131 Hayes
Houston, TX 77082

NIXIE        773    4E   1009        7202/21/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

U.S. POSTAGE >> PITNEY BOWES
February 6, 2015

ZIP 77002
02 1W
0001372104 FEB. 06. 2015
$ 000.34°

PENALTY FOR PRIVATE USE
STATE OF TEXAS
THE STATE OF TEXAS
OFFICIAL BUSINESS